NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**VALEO NORTH AMERICA, INC., VALEO EMBRAYAGES,**
*Appellants*

**v.**

**SCHAEFFLER TECHNOLOGIES AG & CO. KG,**
*Cross-Appellant*

_____

## 2018-1196, 2018-1228

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00502.

_____

## JUDGMENT

_____

ROBERT CARTER MATTSON, Oblon LLP, Alexandria, VA, argued for appellants. Also represented by TIA FENTON, LISA MANDRUSIAK, PHILIPPE J.C. SIGNORE.

JUSTIN J. OLIVER, Venable LLP, Washington, DC, argued for cross-appellant. Also represented by STEPHEN KAI-TUNG YAM.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court